IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| MICHAEL TREVORAH, | | : | |
| | Plaintiff, | : | 3:16-cv-00492-JMM |
| v. | | : | |
| LINDE CORPORATION, | | : | |
| | Defendant. | : | |

**FILED
SCRANTON**

APR 13 2018

PER _____
DEPUTY CLERK

**ORDER**

NOW, this 13th day of April, 2018, upon consideration Plaintiff's Unopposed Motion for Approval of the Settlement ("Motion") (Doc. 83), the accompanying Collective Action Settlement Agreement ("Agreement") (Doc. 83-1), and all other papers and proceedings herein, it is hereby **ORDERED** that the settlement – which requires Defendant to make a maximum settlement payment of up to $950,000[1] – is **APPROVED**. The Court finds that the settlement is the product of extensive litigation and arms-length bargaining and "represents a fair and reasonable settlement of a *bona fide* dispute under the [FLSA]." Harrison v. Flint Energy Services, Inc., 2016 U.S. Dist. LEXIS 51674, *1 (M.D. Pa. Apr. 15, 2016); accord Santos v. El Gallito Mexican Bakery II LLC, 2018 U.S. Dist. LEXIS 42363 (E.D. Pa. March 12, 2018); Waltz v. Aveda Transportation & Energy Services Inc., 2017 U.S. Dist. LEXIS 105310 (M.D. Pa. July 7, 2017).

_____
James M. Munley, U.S.D.J.

---

[1] As fully described in the Agreement, $636,500 of this amount is available to the 73 current and putative collective members who sign and return a claim form. The remaining $313,500 (33% of the total settlement fund) will be paid to Plaintiff's counsel. Individuals who do not participate in the settlement by returning a claim form do not waive any legal claims. Moreover, 12 collective members also covered by the pending action styled Perez/Acosta v. Linde Corporation, 3:16-cv-00492-JMM (M.D. Pa.), do not waive their FLSA claims.